ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| AECOM Management Services, Inc. | )    ASBCA Nos.   62162, 62171, 62172 |
| | ) |
| Under Contract No.   W74V8H-04-D-0023 | ) |

APPEARANCES FOR THE APPELLANT:    Terry L. Elling, Esq.
                                           Gregory R. Hallmark, Esq.
                                             Holland & Knight LLP
                                           Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:   Arthur M. Taylor, Esq.
                                           DCMA Chief Trial Attorney
                                           Robert L. Duecaster, Esq.
                                           Trial Attorney
                                           Defense Contract Management Agency
                                           Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: June 29, 2020

                                                 JOHN J. THRASHER
                                             Administrative Judge
                                             Chairman
                                           Armed Services Board
                                           of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62162, 62171, 62172, Appeals of AECOM Management Services, Inc., rendered in conformance with the Board's Charter.

Dated: June 30, 2020

                                               PAULLA K. GATES-LEWIS
                                             Recorder, Armed Services
                                           Board of Contract Appeals